Garrett Charity, Esq.
Garrett.Charity@MccarthyLawyer.com
McCarthy Law PLC
4250 N. Drinkwater Blvd., Ste. 320
Scottsdale, Arizona 85251
Phone: 602-456-8900
Fax: 602-218-4447
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RUSHING,<br><br>    Plaintiff,<br><br>v.<br><br>TEXAS DOW EMPLOYEES CREDIT UNION; EXPERIAN INFORMATION SOLUTIONS, INC.; and TRANSUNION LLC,<br><br>    Defendants. | Case No.: 8:23-cv-01297-JWH-JDE<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TEXAS DOW EMPLOYEES CREDIT UNION** |

   Plaintiff, by and through undersigned counsel, hereby notifies the Court that Plaintiff has reached a settlement in the above-referenced matter with Defendant Texas Dow Employees Credit Union ("Texas Dow Employees CU"). Plaintiff and Texas Dow Employees CU are in the process of finalizing the settlement, whereupon Plaintiff will move for dismissal with prejudice. Plaintiff anticipates that the settlement and dismissal of claims against Texas Dow Employees CU will be finalized within the next sixty (60) days. Plaintiff has now reached settlements with all Defendants.

   Respectfully submitted August 30, 2023.

                                         */s/Garrett Charity*

Garrett Charity, Esq.
McCarthy Law, PLC
4250 North Drinkwater Blvd, Suite 320
Scottsdale, AZ  85251
Telephone: (602) 456-8900
Fax: (602) 218-4447
Garrett.Charity@mccarthylawyer.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the ECF system for filing and transmittal of a Notice of Electronic Filing to all CM/ECF registrants of record in this matter.

By: /s/ Garrett Charity